UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

BIMINI BAIT SHACK, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Westchester Surplus Lines Insurance Company ("Westchester"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this case from the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, to the United States District Court for the Middle District of Florida, and states:

1.    Plaintiff, Bimini Bait Shack, LLC, filed suit against Westchester in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, under Case No. 25-CA-00217. A copy of the Complaint and docket are attached to this Notice as Exhibit 1 and Exhibit 2 respectively. All other pleadings are attached as Exhibit 3.

1

2. Westchester was served with the Complaint on January 28, 2025. However, the Complaint was not removable on its face because it did not allege the Plaintiff's citizenship, which, because the Plaintiff is a limited liability company, requires identification of the Plaintiff's members and their citizenships.

3. A notice of removal does not have to be filed until the defendant receives, through service or otherwise, of a copy of a paper from which it may be ascertained that the case is one for which is or has become removable, and then must be filed within thirty days. 28 U.S.C. § 1446(b)(3).

**Diversity of Citizenship**

4. "[A] limited liability company is a citizen of any state of which a member of the company is a citizen." *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F.3d 1020, 1022 (11th Cir. 2004).

5. "Citizenship is equivalent to 'domicile' for purposes of diversity jurisdiction. A person's domicile is the place of his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom." *McCormick v. Aderholt*, 293 F.3d 1254, 1257-58 (11th Cir. 2002) (internal citations omitted) (quotation marks omitted). When determining domicile, courts consider factor such as home ownership, driver's license, voting registration, location of family, and location of business. *Turner v. Pa. Lumbermen's*

*Mut. Fire Ins. Co.*, 3:07-cv-374-J-32TEM, 2007 WL 3104930, at *4 (M.D. Fla. Oct. 22, 2007).

6. Under Florida law, "[a] person who as of January 1, has the legal title or beneficial title in equity to real property in this state and who in good faith makes the property his or her permanent residence," is entitled to a homestead exemption. Fla. Stat. § 196.031(1)(a).

7. A "permanent resident" is "a person who has established a permanent residence as defined in subsection (17)." A "permanent residence" is "that place where a person has his or her true, fixed, and permanent home and principal establishment to which, whenever absent, he or she has the intention of returning. A person may have only one permanent residence at a time; and, once a permanent residence is established in a foreign state or country, it is presumed to continue until the person shows that a change has occurred." Fla. Stat. § 196.012(17).

8. The Complaint alleges that the Plaintiff "is and was a Florida corporation," but this allegation is objectively incorrect, and therefore must be ignored.[1] *See Dial v. Healthspring of Ala., Inc.*, 541 F.3d 1044, 1047 (11th Cir. 2008) (explaining that courts must consider only the "well pleaded" allegations of the complaint to determine subject matter jurisdiction).

---

[1] Compl. ¶ 3.

9. Bimini Bait Shack, LLC is a limited liability company, whose only members are believed to be Michael McGuigan and Peter Cervone. Articles of Organization, attached as Exhibit 4. Both Mr. McGuigan and Mr. Cervone claimed homestead exemptions in the State of Florida in 2024. Lee County Property Appraiser Tax Records, attached as Exhibit 5 and 6. Accordingly, the Plaintiff is a citizen of the States of Florida. The Plaintiff does not have any members that are citizens of the State of Georgia or Commonwealth of Pennsylvania.

10. Westchester is incorporated in the State of Georgia and maintains its principal place of business in the Commonwealth of Pennsylvania. Therefore, Westchester is not a citizen of the States of Florida or South Carolina. 28 U.S.C. § 1332(c)(1).

11. Accordingly, diversity of citizenship exists among the Plaintiff and Westchester as of the time of filing this Notice of Removal.

## Amount in Controversy

12. The Complaint alleges that this is an action for damages in excess of $50,000.00, exclusive of interest, attorney's fees, and costs.[2]

13. Westchester issued a commercial insurance policy to the Plaintiff bearing policy number FSF1587305A 003 ("Policy").[3]

---

[2] Compl. ¶ 1.
[3] Compl. ¶ 8.

14. The Policy provides certain insurance coverage for 17501 Harbour Pointe Drive, Fort Myers, FL 33908 ("Property").[4] The Coverage Limit for the Property is $700,000 for the Contents coverage, $250,000 for Business Interruption, and $25,000 for spoilage coverage.[5] The Policy has a 5% Windstorm or Hail Deductible.

15. Prior to commencing this lawsuit, the Plaintiff submitted a demand to Westchester for $673,669.53 for indemnity and $20,000.00 for attorney's fees and costs, less prior payments. Composite Exhibit 8. The demand was accompanied by a detailed line-item estimate.

16. Westchester paid the Plaintiff the $25,000 spoilage limit of insurance, and denied the remainder of the claim.

17. Based on the foregoing, Westchester has a good faith belief that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

18. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

19. A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida.

WHEREFORE, Westchester Surplus Lines Insurance Company hereby removes this action to this Court.

---

[4] Compl. ¶ 5, Policy, Exhibit 7.
[5] Compl. at Exhibit A.

Respectfully submitted,

**KENNEDYS CMK LLP**

By: /s/ Chad A. Pasternack
Chad A. Pasternack (Lead Counsel)
Fla. Bar No. 117885
Chad.Pasternack@kennedyslaw.com
Jheizzy.Farkas@kennedyslaw.com
Lauren.Lendor@kennedyslaw.com
100 SE 3rd Ave., Suite 806
Fort Lauderdale, FL 33394
Telephone: (754)-547-9131
*Counsel for Defendant,*
*Westchester Surplus Lines Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed and served via the CM/ECF and the Florida E-Portal systems on March 7, 2025.

/s/ Chad A. Pasternack
Chad A. Pasternack