UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:25-cv-00195-SPC-NPM

BIMINI BAIT SHACK, LLC,

    Plaintiff,

v.

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Bimini Bait Shack, LLC, and Defendant, Westchester Surplus Lines Insurance Company, hereby give notice that the parties have entered into a settlement agreement. The parties will file a joint stipulation of dismissal with prejudice upon final execution of the settlement.

1

<div style="display: flex;">

Respectfully submitted,

**WIND LAW GROUP, PLLC**     **KENNEDYS CMK LLP**

/s/ Ashley Lauren Sefchok      /s/ Chad A. Pasternack
Ashley Lauren Sefchok          Chad A. Pasternack
Florida Bar No. 1011437        Fla. Bar No. 117885
ashley@windlawgroup.com        chad.pasternack@kennedyslaw.com
8570 Stirling Road, Suite 102-406   jheizzy.farkas@kennedyslaw.com
Hollywood, FL 33024            Lauren.lendor@kennedyslaw.com
Telephone: 305-801-9463        100 SE 3rd Ave., Suite 806
*Counsel for Plaintiff*        Fort Lauderdale, FL 33394
                               Telephone: 754-547-9131
                               *Counsel for Defendant, Westchester Surplus Lines Insurance Company*

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, a true copy of the foregoing has been filed and served via CM/ECF on all counsel of record.

/s/Chad A. Pasternack
Chad A. Pasternack